

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-17-00645-CR

Gloria R. **PROO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757A
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Irene Rios, Justice

The Appellant's Motion to Reschedule Oral Argument is hereby GRANTED.

It is so **ORDERED** on November 16, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court